AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

Any and all funds in the following accounts at Bank of America: (1) Savings account number xxxxxxxx2824 and (2) Checking account number xxxxxxxx2940, both held in the name of **Larnell SEENEY**, xxxx 5th Street N.E., Washington, DC

**APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT**

CASE NUMBER:

I _____Joshua C. Green_____ being duly sworn depose and say:

I am a(n) __Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives__ and have reason to believe that in the District of Columbia there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Any and all funds in the following accounts at Bank of America: (1) Savings account number xxxxxxxx2824 and (2) Checking account number xxxxxxxx2940, both held in the name of **Larnell SEENEY**, xxxx 5th Street N.E., Washington, DC.

which are (state one or more bases for seizure under the United States Code)

proceeds of illegal drug trafficking, in violation of Title 21, U.S.C., Section 841, which funds are, therefore, subject to forfeiture

concerning a violation of Title __21__ United States Code, Section(s) __881(a)(6)__. The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Michael A. Humphreys
Asset Forfeiture Unit, Criminal Division
(202) 514-7065

Signature of Affiant
Joshua C. Green, Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me, and subscribed in my presence

at Washington, D.C.

_____
Date

_____                    _____
Name and Title of Judicial Officer               Signature of Judicial Officer