**BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES**
**WASHINGTON, D.C.**

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEIZURE WARRANT**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

---

I, Joshua C. Green, upon being duly sworn, declare under penalty of perjury and say that the following is true based upon my personal knowledge and information from other law enforcement officers and government sources:

1. I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF). I am currently assigned to the Washington, D.C. area High Intensity Drug Trafficking Area (HIDTA) Task Force and I have been assigned to the HIDTA Task Force since becoming a Special Agent with the ATF in July of 2000. Prior to becoming an ATF Special Agent, I was a Special Agent with the former Immigration and Naturalization Service for over five years, the last three of which were in the Washington, D.C. area. Since becoming a Special Agent with the ATF, I have taken part in numerous narcotics and firearms related investigations involving armed and unarmed drug traffickers and illegal drug users. In addition, I have attended training sponsored by HIDTA, the Drug Enforcement Administration, and the Federal Law Enforcement Training Center in Glynco, Georgia related to illegal drug trafficking and narcotics trafficking offenses. I have participated in the execution of over one hundred search warrants in the Washington, D.C. metropolitan area, which have resulted in the recovery of illegal drugs, suspected drug packaging material, and suspected drug paraphernalia, including, but not limited to, electronic digital scales, cooking equipment, various chemical additives associated with illegal drug production, and other items for drug usage. In addition, these warrants have also led to the recovery of such items as firearms, ammunition, large amounts of U.S. currency, records and documents associated with drug trafficking, and documentary evidence indicative of ownership and/or control of a premises and/or vehicle.

2. Based on my training and professional experience in the area of law enforcement, I have become familiar with narcotics and illegal drug-related crime in the Washington, D.C. metropolitan area and with the methods used to manufacture, package and to distribute controlled substances. This knowledge has in part been the result of being present during dozens of interviews and conversations with defendants, witnesses, confidential informants, police officers and other law enforcement officers. In addition to my participation in numerous search warrants as described above, I have also participated in the arrest of dozens of individuals in the Washington, D.C. metropolitan area for narcotics-related offenses. Based on this training and experience, I have learned that it is

common for individuals who sell narcotics to amass large amounts of cash proceeds from illegal drug sales. In addition, drug traffickers use large amounts of cash for the purchase of illegal drugs that they later sell in smaller quantities for cash. Drug traffickers cannot rely on checks or credit cards as such instruments leave trails that do not sufficiently conceal such illegal activity. I am also aware that unexplained wealth is probative evidence of illegal activities such as drug trafficking.

3. This affidavit is being prepared for the limited purpose of obtaining a seizure warrant for the assets noted, it is not intended to include each and every fact observed by your affiant, other law enforcement officers, or known to the government. This affidavit is submitted with only those facts necessary to support probable cause for this application.

### ITEMS TO BE SEIZED:

4. This affidavit is submitted in support of the Government's application for a seizure warrant for:

   a. Any and all funds in the Bank of America savings account number xxxxxxxx2824 held in the name of Larnell SEENEY, xxxx 5th Street Northeast, Washington, D.C., located at the Bank of America, 1501 Pennsylvania Avenue Northwest, Washington, D.C. 20003.

   b. Any and all funds in the Bank of America checking account number xxxxxxxx2940 held in the name of Larnell SEENEY, xxxx 5th Street Northeast, Washington, D.C., located at the Bank of America, 1501 Pennsylvania Avenue Northwest, Washington, D.C. 20003.

### STATEMENT OF FACTS

1. On June 6, 2005, two search warrants were issued by the Superior Court for the District of Columbia. One was for the premises of xxxx 5th Street N.E., Washington, D.C., and a second for a 1997 Toyota Avalon bearing District of Columbia registration tag number BV 2836. I obtained these warrants after receiving information from an ATF Confidential Informant (CI) within the previous 72 hours of the warrants' issuance that there was a firearm present in the residence and that the firearm had been in the vehicle beforehand.

2. Prior to the execution of these search warrants, I was able to tentatively identify the possessor of the firearm as Larnell SEENEY (Date of Birth: Xxxxx x, 1974; Social Security Number xxx-xx-xx92). Records compiled by the National Crime Information Center (NCIC) and court records indicate that SEENEY has prior drug-related arrests in Washington, D.C., including an arrest for Possession With Intent to Distribute Cocaine that resulted in a subsequent conviction for Attempted Possession of Cocaine.

3. On June 7, 2005, at approximately 0700 hours, the search warrant was executed at

xxxx 5th Street N.E., Washington, D.C. After knocking and announcing police presence, the front door was opened by an individual later identified as the owner of the residence, Donita GASKINS. When asked if anyone else was present in the residence she stated that her son was sleeping in the basement. ATF Agents and Metropolitan Police Department (MPD) Officers located Larnell SEENEY at the bottom of the basement stairs. When SEENEY was found, he was the only individual in the basement and it appeared that the basement toilet had been flushed immediately before. No other individuals were present in the residence besides SEENEY and GASKINS.

4. As a result of the service of this warrant, the following items were recovered in SEENEY's basement bedroom or in a laundry room immediately off the basement bedroom. They are as follows:

Found in a basement closet was a jean jacket which contained, in a pocket, three ziplock bags containing approximately 8.5 grams of suspected crack cocaine; a bag containing approximately 51.5 grams of suspected heroin; a bag containing approximately 5 grams of suspected methamphetamine; and a bag containing approximately 5.5 grams of suspected powder cocaine. Located in a second basement closet was an electronic scale, a wallet with identification cards in the name of Larnell SEENEY and three shoeboxes. One shoebox contained hundreds of various-sized ziplock bags (suspected drug packaging material) and a spoon with suspected drug residue. A second shoebox contained three plastic bags of suspected crack cocaine weighing approximately 68.7 grams, a box of baking soda, a scale, and a plastic container with drug residue. The third shoebox contained six clear sandwich bags of suspected powder cocaine weighing a total of approximately 609.9 grams, two boxes of baking soda, ziplock bags and a spoon with drug residue. Located between an air duct and the ceiling in the basement laundry room was a Bryco Arms, Model Jennings Nine, 9mm caliber pistol, serial number 1504271. This pistol was loaded with six rounds of 9mm caliber ammunition. Under the bed in the basement bedroom was a box of rubber gloves. Gloves of this type are used during the processing and packaging of illegal drugs, such as cocaine, in order to limit an individual's physical exposure to such substances.

Mail matter in the name of Larnell SEENEY was located on a table next to the bed.

Found in various locations throughout the basement bedroom and laundry room was a total of $13,706.00 in U.S. currency.

1. At the residence, I spoke with GASKINS and further inquired as to who lives in the residence. GASKINS stated that she and her sister stay in the upstairs bedrooms and her son, SEENEY, stays in the basement bedroom. Later that day, GASKINS and I had a conversation during which time she stated that SEENEY is a full-time student and a senior at the University of the District of Columbia.

2. A second search warrant was later executed on a Toyota Avalon bearing District of

Columbia registration tag number BV 2836.  This vehicle is registered to GASKINS at xxxx 5th Street N.E., Washington, D.C.  I located in the glove compartment documents in the name of Larnell SEENEY with the address of xxxx 5th Street N.E., Washington, D.C.  These documents included application information in SEENEY's name for Federal Student Aid Program and appeared to have been printed out from a computer application on May 23, 2005.  This application print out indicated that SEENEY is currently attending the University of the District of Columbia as a full time student, that he would not file a 2004 income tax return and had no income from work.

3. GASKINS later came to the ATF office where a videotaped interview was conducted.  Although not under arrest, GASKINS was read her Miranda warning and agreed to speak with police officers.  GASKINS stated during this interview that SEENEY was the occupant of the basement bedroom, was not married, and did not have any other people stay in the bedroom with him.  She stated that she and her sister stayed in upstairs bedrooms at the residence.  GASKINS had bought the house approximately five years ago and SEENEY had lived there since that time.  GASKINS further stated that she knew of no illegal drugs or any firearms being present in the residence and that she only went down to the basement to do laundry.

4. SEENEY was placed under arrest for violation of Title 21 U.S.C. Section 841(a)(1), Possession With Intent to Distribute Cocaine and Crack Cocaine, Title 21 U.S.C. Section 844(a), Possession of Methamphetamine, and Title 18 U.S.C. Section 924(c), Possession of a Firearm During a Drug Trafficking Crime.  SEENEY was transported to the ATF/HIDTA office for processing.  On June 10, 2005, SEENEY's preliminary hearing was held.  Probable cause was found and SEENEY is currently being held without bond pending trial.

5. On June 8, 2005, a Pretrial Services Agency report was prepared in referenced to SEENEY.  According to this report, SEENEY is unemployed and is a student at the University of the District of Columbia.

6. After consulting the Treasury Enforcement Communications System (TECS), it was determined that Larnell SEENEY (Social Security Number xxx-xx-xx92) was the subject of a Currency Transaction Report documenting a transfer of $10,677.00 from a Bank of America account on November 28, 2001.  Further research was conducted and it was determined that a Larnell SEENEY with the same Social Security Number currently has accounts at the Bank of America, specifically a savings account containing approximately $12,432.38 and checking account containing approximately $1,598.24.

## CONCLUSION

7. Based upon the aforementioned information and my training and experience in narcotics related investigations, there is probable cause to believe that the funds in the above-listed bank accounts contain proceeds of illegal drug trafficking in violation of Title 21 U.S.C. Section 841.  These funds are, therefore, subject to forfeiture pursuant to Title 21 U.S.C. Section 881(a)(6).  That section provides for the forfeiture of "All moneys…furnished or

intended to be furnished by any person in exchange for a controlled substance…all proceeds traceable to such an exchange, and all moneys…used or intended to be used to facilitate [drug trafficking]." Seizure of drug proceeds subject to forfeiture is authorized under Title 21 U.S.C. Section 881(b) which provides that "Any property subject to civil forfeiture to the United States…may be seized by the Attorney General…"

8. It is therefore requested that warrants be issued for the seizure of:

    a.    Any and all funds in the Bank of America savings account number xxxxxxxx2824 held in the name of Larnell SEENEY, xxxx 5th Street Northeast, Washington, D.C., located at the Bank of America, 1501 Pennsylvania Avenue Northwest, Washington, D.C. 20003.

    b.    Any and all funds in the Bank of America checking account number xxxxxxxx2940 held in the name of Larnell SEENEY, xxxx 5th Street Northeast, Washington, D.C., located at the Bank of America, 1501 Pennsylvania Avenue Northwest, Washington, D.C. 20003.

_____
Joshua C. Green
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives


Sworn to and subscribed before me this _____ day of June, 2005.


_____
United States Magistrate Judge
United States District Court
District of Columbia