AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

Any and all funds in the following accounts at Bank of America: (1) Savings account number 003939312824 and (2) Checking account number, 001920922940, both held in the name of **Larnell SEENEY**, 5815 5th Street N.E., Washington, DC

**SEIZURE WARRANT**

CASE NUMBER: 05 - 0360 M - 01

FILED
JUN 30 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: Joshua C. Green, ATF, and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Joshua C. Green who has reason to believe that in the District of Columbia there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

Any and all funds in the following accounts at Bank of America: (1) Savings account number 003939312824 and (2) Checking account number 001920922940, both held in the name of **Larnell SEENEY**, 5815 5th Street N.E., Washington, DC.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUN 23 2005

Date and Time Issued
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Washington, D. C.

*[signature]*
Signature of Judicial Officer