AO 109 (2/90) Seizure Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 06/23/2005 | 06/23/2005   4:20 p.m. | Dawit Manberu, Bank of America |

**INVENTORY MADE IN THE PRESENCE OF**
ATF SA Green and Dawit Manberu

**INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT**

Check number 0130864 (Bank of America) in the amount of $1,588.29 representing all funds in the checking account of Larnell SEENEY, account number 001920922940

Check number 0130863 (Bank of America) in the amount of $12,440.39 representing all funds in the savings account of Larnell SEENEY, account number 003939312824

# CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

X _____

FILED
JUN 3 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_John M. Facie_   6/30/05
U.S. Judge or U.S. Magistrate Judge   Date